UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| IN RE:<br>MUNIRAH M. WHITE<br>    Debtor | BCN#: 18-22226<br><br>Chapter: 7 |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER<br>and its assignees and/or successors in interest,<br>    Movant/Secured Creditor,<br>v.<br>MUNIRAH M. WHITE<br>    Debtor<br>and<br>ZVI GUTTMAN<br>    Trustee<br>    Respondents | **MOTION FOR ORDER GRANTING RELIEF FROM AUTOMATIC STAY** |

COMES NOW, Nationstar Mortgage LLC d/b/a Mr. Cooper, its assignees and/or successors in interest, (Movant herein), by Counsel, alleges as follows:

1. This Court has Jurisdiction over this proceeding pursuant to 28 U.S.C. Sections 157 and 1334 and 11 U.S.C. 362; Federal Rule of Bankruptcy Procedure 9014; and Local Bankruptcy Rule 4001-1(a), and that this matter is a core proceeding.

2. The above named Debtor(s) filed a Chapter 7 Petition in Bankruptcy with this Court on September 14, 2018.

3. The Movant is the current payee of a promissory note secured by a Purchase Money Deed of Trust upon a parcel of real property with the address of 7707 Abrams Lane, Glen Burnie, MD 21060 and more particularly described in the Purchase Money Deed of Trust dated May 29, 2015 and recorded at Book 28475 at Page 442, among the land records of the County of Anne Arundel, Maryland:

All that property situate in Anne Arundel County, Maryland, and described as follows:

S&B# 18-277103

BEING KNOWN AND DESIGNATED as Lot No. 8, as shown on the Plat entitled "Plat 2 of 9, TANYARD COVE NORTH, Section 1A", which Plat is recorded among the Land Records of Anne Arundel County, Maryland, in Plat Book 324, folio 32-33.

Copies of the Note and Purchase Money Deed of Trust are attached hereto, marked as exhibits A & B and made a part hereof by reference.

4. This Movant is informed and believes, and based upon such information and belief, alleges that title to the subject Property is currently vested in the name of the Debtor(s).

5. As of September 18, 2018, the estimated outstanding obligations are:

| | | |
|---|---|---|
| Unpaid Principal Balance | $ | 497,208.68 |
| Unpaid, Accrued Interest | $ | 8,925.21 |
| Uncollected Late Charges | $ | 0.00 |
| Mortgage Insurance Premiums | $ | 0.00 |
| Taxes and Insurance Payments on behalf of Debtor | $ | 2,304.43 |
| Other Costs | $ | 0.00 |
| Less: Partial Payments | ($ | 110.16) |
| Minimum Outstanding Obligations | $ | 508,328.16 |

6. The Debtor is in default with regard to payments which have become due under the terms of the aforementioned note and Purchase Money Deed of Trust.

As of September 18, 2018, the Debtor is due for:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Missed Payments |
|---|---|---|---|---|
| 5 | May 1, 2018 | September 1, 2018 | $2,826.46 | $14,132.30 |
| Atty Fees and Costs: | | | | $931.00 |
| | | Less partial payments (suspense balance): | | ($110.16) |
| | | | Total Payments: | $14,953.14 |

7. The Movant has elected to initiate foreclosure proceedings on the Property with respect to the subject Purchase Money Deed of Trust, but is prevented by the Automatic Stay from going forward with these proceedings.

S&B# 18-277103

8.   This Movant is informed and believes, and based upon such information and belief, alleges that absent this Court's Order allowing this Movant to proceed with the pending foreclosure, Movant's security will be significantly jeopardized and/or destroyed.

9.   ZVI GUTTMAN, has been appointed by this Court as the Chapter 7 Trustee in this instant Bankruptcy proceeding.

10.   This Movant is informed and believes and, based upon such information and belief, alleges that the Debtor has little or no equity in the property.

WHEREFORE, Movant prays for an order granting relief from Automatic Stay, and for such other relief as the Court deem proper.

Dated:  September 20, 2018

SHAPIRO & BROWN, LLP
Attorneys for Movant

By: /s/ Renee Dyson
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
Thomas J. Gartner, Esquire
Federal I.D. Bar No. 18808
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Renee Dyson, Esquire
Federal I.D. Bar No. 15955
Malcolm B. Savage, III, Esquire
Federal I.D. Bar No. 20300
LAW OFFICES OF
SHAPIRO & BROWN, LLP
10021 Balls Ford Road, Suite 200
Manassas, Virginia 20109
(703) 449-5800
ECF@Logs.com

S&B# 18-277103

Certificate of Service

I hereby certify that on the 20th day of September, 2018, the following person(s) were served a copy of the foregoing Motion for Order for Relief from Automatic Stay in the manner described below:

Via CM/ECF Electronic Notice:

| | |
|---|---|
| Adam M. Freiman<br>115 McHenry Ave<br>Suite B4<br>Baltimore, MD 21208 | Debtor's Attorney |
| ZVI GUTTMAN<br>P.O. BOX 32308<br>Baltimore, MD 21282 | Trustee |

Via First Class Mail, Postage Prepaid:

| | |
|---|---|
| Munirah M. White<br>7707 Abrams Lane<br>Glen Burnie, MD 21060 | Debtor |

/s/ Renee Dyson
William M. Savage, Esquire
Kristine D. Brown, Esquire
Thomas J. Gartner, Esquire
Gregory N. Britto, Esquire
Renee Dyson, Esquire
Malcolm B. Savage, III, Esquire

S&B# 18-277103